IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JUSTIN D. GOLDMAN, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:08cv739 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| TERRY COLLINS, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on July 20, 2009 (Doc. 22), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 7, 2009, hereby ADOPTS said Report and Recommendation.

Accordingly, Plaintiff's Motion for Temporary Restraining Order and for Injunction is **DENIED.**

IT IS SO ORDERED.

   s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court